In re SMITH. SIMONSON, Appellant, v. OLCOTT, Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1900.) In the matter of one Smith. Action by Stephen N. Simonson against William M.

K. Olcott. B. Franklin, for appellant. T. B. Chancellor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.